UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  DANGELO, YVONNE J.          CH. 7
                                           CASE NO: 8:17-BK-01757-MGW

        Debtor(s)
_____/

## NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

      Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within (30) thirty days from the date set forth on the attached proof of service, plus an additional three days for service if any part was served by U. S. Mail.

  If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 801 N. Florida Ave., #555, Tampa, FL 33602-3899 and serve a copy on Trustee Angela Welch, 12157 W. Linebaugh Ave., PMB 401, Tampa, FL 33626, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.
_____

## TRUSTEE'S OBJECTION TO CLAIM NO.3
## (INSUFFICIENT DOCUMENTATION)

     COMES NOW, The Trustee, Angela Welch, hereby objects to the following claims:

     Claim No.3 of Cavalry SPV I, LLC assignee of Capital One, N.A.  The Claimant provided insufficient documentation to substantiate the validity and the amount of Claim. The Claimant is hereby notified that its Claim may be disallowed unless Claimant files an Amended Proof of Claim with proper documentation attached within thirty (30) days of the mailing of this objections with the originals to the Bankruptcy Court and copies to the Trustee.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by electronic or regular mail to:
U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV
Luis F Vega Alicea luis@vegalawgroup.com
Yvonne J. D'Angelo 220 Milford St Davenport, FL 33897
Cavalry SPV I, LLC Att:  MGRM 500 Summit Lake Dr Ste 400 Valhalla, NY 10595
Bass & Associates Att:  Rita Torres 3936 E Ft. Lowell Rd  Tucson, AZ 85712-1083
Bass & Associates Att:  President Patti H. Bass 3936 E. Ft. Lowell Rd Suite 200 Tucson, AZ 85712-1083


DATED this 28th day of November, 2018


                                        /s/ Angela Welch
                                        Angela L. Welch, Trustee
                                        12157 W. Linebaugh Ave PMB 401
                                        Tampa, FL 33626
                                        (813) 814-0836