United States Bankruptcy Court
Middle District of Florida

In re:  
Yvonne J. D'Angelo  
    Debtor

Case No. 17-01757-MGW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-8      User: migues      Page 1 of 1      Date Rcvd: Nov 27, 2018  
                   Form ID: Dodefmao      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2018.  
db      #+Yvonne J. D'Angelo,    220 Milford St,    Davenport, FL 33897-4805  
cr      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2018 at the address(es) listed below:  
         Angela    Welch     on behalf of Trustee Angela   Welch welchtrustee@gmail.com,     aesposito@ecf.epiqsystems.com  
         Angela    Welch     welchtrustee@gmail.com,    aesposito@ecf.epiqsystems.com  
         Luis F Vega Alicea     on behalf of Debtor Yvonne J. D'Angelo luis@vegalawgroup.com,     paralegal@vegalawgroup.com  
         Thomas A Lash, Attorney for Trustee     on behalf of Plaintiff Angela   Welch tlash@lashandwilcox.com,     kgrace@lashandwilcox.com;sboggs@lashandwilcox.com;mail@lashandwilcox.com;velliott@lashandwilcox.com;jwilcox@lashandwilcox.com;sboggs@lashandwilcox.com;cfitzgerald@lashandwilcox.com;dfraga@lashandwilcox.com  
         Thomas A Lash, Attorney for Trustee     on behalf of Trustee Angela   Welch tlash@lashandwilcox.com,     kgrace@lashandwilcox.com;sboggs@lashandwilcox.com;mail@lashandwilcox.com;velliott@lashandwilcox.com;jwilcox@lashandwilcox.com;sboggs@lashandwilcox.com;cfitzgerald@lashandwilcox.com;dfraga@lashandwilcox.com  
         United States Trustee - TPA7/13     USTPRegion21.TP.ECF@USDOJ.GOV

                                                                               TOTAL: 6

[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: November 27, 2018**

Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Yvonne J. D'Angelo
aka Yvonne Vazquez Lassalle

_____Debtor*_____/

Case No.
8:17−bk−01757−MGW
Chapter 7

### ORDER ABATING OBJECTION TO CLAIM

THIS CASE came on for consideration, without hearing, of the Objection to Claim(s). Claim No. 3 of Cavalry SPV I, LLC by Trustee , Doc. # 28 . After review, the Court determines that the objection , is deficient as follows:

Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

**ORDERED:**

Consideration of the objection is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.